FILED
ENTERED                    RECEIVED
                           SERVED ON
                  COUNSEL/PARTIES OF RECORD

DEC - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-378-RLH-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEX RENFORD MCCRAY | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#100) on July 21, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $690.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $9,411.00

Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
Amount of Restitution: $1,035.00

**Total Amount of Restitution ordered:  $11,136.00\*\***

**$10,446.00 of the Restitution Due Joint and Severally with
co-defendants Stephen Bull and Dana Andre Hines

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2